## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

IAN CRACE, : Case No. 3:20-cv-00176
　　　　　　　　　　　　　　　　　:
　　　　Plaintiff, : District Judge Michael J. Newman
　　　　　　　　　　　　　　　　　: Magistrate Judge Caroline H. Gentry
vs. :
　　　　　　　　　　　　　　　　　:
VIKING GROUP, INC., :
　　　　　　　　　　　　　　　　　:
　　　　Defendant. :

---

## ORDER

---

This matter is before the Court on the parties' Joint Motion for Amended Calendar Order.  For good cause shown, the parties' Joint Motion for Amended Calendar Order (Doc. 34) is **GRANTED**, and this matter shall proceed as follows:

Telephone Status Conference[1]　　　September 13, 2022, at 2:00 p.m.

Discovery Deadline　　　　　　　　September 28, 2022

Dispositive Motion Deadline　　　　November 28, 2022

Additionally, the Final Pretrial Conference set for October 26, 2022, at 10:00 am and the Jury Trial set for November 7, 2022, at 9:30 am are hereby **VACATED**.

**IT IS SO ORDERED**.

March 24, 2022　　　　　　　　　　　　　*s/Caroline H. Gentry*
　　　　　　　　　　　　　　　　　　　　　Caroline H. Gentry
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] To participate in the Telephone Status Conference before Magistrate Judge Caroline H. Gentry, please call 1-888-684-8852 and enter access code 1628120.