# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IAN CRACE, | Case No. 3:20-cv-00176 |
| Plaintiff, | District Judge Michael J. Newman |
| vs. | Magistrate Judge Caroline H. Gentry |
| VIKING GROUP, INC., | |
| Defendant. | |

# ORDER

This case is before the Court on the parties' Joint Motion for Second Amended Calendar Order. For good cause shown, the parties' Joint Motion (Doc. 36) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Discovery Deadline | February 11, 2023 |
| Dispositive Motions Deadline | February 28, 2023 |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge