# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IAN CRACE, | Case No. 3:20-cv-00176 |
| Plaintiff, | District Judge Michael J. Newman |
| vs. | Magistrate Judge Caroline H. Gentry |
| VIKING GROUP, INC., | |
| Defendant. | |

# ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Federal Court Proceedings (ECF No. 38). For the reasons stated by the parties, and for good cause shown, the Court GRANTS the Motion and STAYS these proceedings until the parties file the settlement agreement and Joint Motion for Preliminary Approval of Class and Collective Action Settlement and Certification Settlement Class. The parties are ORDERED to file a joint status report every thirty (30) days until the documents are filed.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge