UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IAN CRACE,

    Plaintiff,                                              Case No. 3:20-cv-176

vs.

VIKING GROUP, INC.,                     District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) DIRECTING THE PARTIES TO MEET AND CONFER IN LIGHT OF RECENT PRECEDENT; AND (2) DIRECTING THE PARTIES TO FILE A JOINT NOTICE ON THE COURT'S DOCKET PROPOSING HOW THE CASE SHOULD PROCEED ON OR BEFORE JULY 19, 2023**

---

This case is before the Court on the parties' joint motion for preliminary approval of class and collective action settlement and certification of the settlement class. Doc. No. 43. Shortly before the parties filed their joint motion, the United States Court of Appeals for the Sixth Circuit identified stark differences between class actions and Fair Labor Standards Act ("FLSA") collective actions. *See Clark v. A&L Homecare & Training Ctr., LLC*, 68 F.4th 1003, 1009 (6th Cir. 2023) ("[U]nder Rule 23, the district court certifies the action itself as a class action; whereas in an FLSA action, under § 216(b), the district court simply adds parties to the suit. Hence the term 'certification' has no place in FLSA actions"); *see also Canaday v. Anthem Cos., Inc.*, 9 F.4th 392, 402 (6th Cir. 2021), *cert. denied*, --- U.S. ---, 142 S. Ct. 2777 (2022) ("A collective action brought under [the FLSA] 'cannot be deemed a representative action on behalf of the individual employees of the type governed by a Rule 23 action'" (*quoting Donovan v. Univ. of Tex. at El Paso*, 643 F.2d 1201, 1206 (5th Cir. 1981))). *Clark* also established a heightened standard for determining, under the FLSA, whether potential plaintiffs are "similarly situated." *See* 68 F.4th at 1011 ("[W]e hold that, for a district court to facilitate notice of an FLSA suit to other employees,

the plaintiffs must show a 'strong likelihood' that those employees are similarly situated to the plaintiffs themselves").

Before the Court proceeds to evaluate the merits of the parties' joint motion (*see* Doc. No. 43), the Court **ORDERS** the parties to meet and confer in light of this recent precedent and file a joint notice on the Court's docket proposing how the case should proceed. This notice **SHALL** be filed on or before July 19, 2023.

**IT IS SO ORDERED.**

  June 28, 2023                                     s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge